Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB -4 PM 4:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDU  DEPUTY

Guy W. Parker

vs

Betty W. Clingerman

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0212 L WMc

TO: (Name and Address of Defendant)

Betty W. Clingerman
677 AESG/TQ
2300 D Street, Bldg 32
Wright-Paterson AFB OH 45433-7249
Phone: (937) 255-2679

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Guy W. Parker
14824 Cow Chips Dr
Poway, CA 92064

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                     FEB - 4 2008
CLERK                                      DATE
P. DELA CRUZ
(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)