

**FILED**

**2/11/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                                    DEPUTY

**Guy W. Parker**                                               **08cv212-L (WMc)**

**-v-**

**Betty W. Clingerman**

# STRICKEN DOCUMENT

**3-Return of Summons**

**3**