Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469
Guy_Parker@Parker-International.com

FILED
2008 FEB -8 PM 1:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker,<br><br>       Plaintiff,<br><br>   vs.<br><br>Betty W. Clingerman,<br><br>       Defendant | Case No.: 08-CV-0212<br><br>Motion For Leave to File Electronic Documents CM/ECF |

I agree to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual. I attended the CM/ECF Attorney Training Class on February 6, 2008. I am a Prime Contractor for the United States Air Force FA862104D6250. I am a registered DoD Defense Security Services Facility Security Officer. I operate a registered Defense Security Services Facility: Cage Code 08UX5. The computer equipment includes PC Servers, Work Stations, and Laptops. The computer resources include two internet TCP/IP Static Networks 1GigB. The software includes Microsoft Word 2007, Word Perfect, and Adobe PDF Professional.

Dated this February 8, 2008

14924 Conchos Dr.
Poway, CA 92064
858-486-6469
Guy W. Parker

[Summary of pleading] - 1