1  Guy W. Parker
   14924 Conchos Dr.
2  Poway, CA 92064
   858-486-6469
3  Guy_Parker@Parker-International.com
4

FILED
2008 FEB -8 PM 1: 25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

5
6
7
8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA
10

11 | Guy W. Parker,                    ) Case No.: 08-CV-0212
12 |         Plaintiff,                ) Declaration of Motion for Leave to File
                                       ) Electronic Documents CM/ECF
13 |     vs.                           )
14 | Betty W. Clingerman,              )
15 |         Defendant                 )
16

17  I declare that all statements I made in the Motion for Leave to File Electronic
18  Documents CM/ECF filed on February 8, 2008 are true, accurate, and correct to the
19  best of my knowledge.
20
21
22                                        Dated this February 8, 2008
23
                                          _____
24                                        14924 Conchos Dr.
                                          Poway, CA 92064
25                                        858-486-6469
26                                        Guy W. Parker
27
28

[Summary of pleading] - 1