FILED

2008 FEB -8 PM 1: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

1  Guy W. Parker
   14924 Conchos Dr.
2  Poway, CA 92064
   858-486-6469
3  Guy_Parker@Parker-International.com
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9             **SOUTHERN DISTRICT OF CALIFORNIA**
10
11 Guy W. Parker,                    ) Case No.: 08-CV-0212
                                     )
12            Plaintiff,             ) Certificate of Service: Motion for Leave
                                     ) to File Electronic Documents CM/ECF
13       vs.                         )
                                     )
14 Betty W. Clingerman,              )
                                     )
15            Defendant              )
16
17 This Certificate of Service to Betty W. Clingerman is provided with this Motion for
   Leave to File Electronic Documents CM/ECF.
18
19
20
21
22
                          Dated this February 8, 2008
23
24
25                        14924 Conchos Dr.
                          Poway, CA 92064
26                        858-486-6469
                          Guy W. Parker
27
28