FILED

2008 FEB 8 PM 1:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**GUY W. PARKER v. BETTY W. CLINGERMAN**

### Certificate of Service

I certify that I mailed on February 8, 2008:

Motion for Leave to File Electronic Documents CM/ECF

**To**

| | |
|---|---|
| **Defendant** | **Clingerman, Betty W.** |
| | 677 AESG/TQ |
| | 2300 D Street, Bldg 32 |
| | Wright-Paterson AFB OH 45433-7249 |
| | Organization: 677 AESG/TQ |
| | Phone: (937) 255-2679 |
| | Email: Betty.Clingerman@wpafb.af.mil |

February 8, 2008   /s_____[signature]_____
Date                     Signature of self litigant

Guy W. Parker
14924 Conchos Dr.
Poway, California 92064. 858-486-6469