Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469
Guy_Parker@Parker-International.com

FILED
2008 FEB -8 PM 1:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
————DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker,<br><br>      Plaintiff,<br><br>  vs.<br><br>Betty W. Clingerman,<br><br>      Defendant | Case No.: 08-CV-0212<br><br>Notice of Motion for Leave to File Electronic Documents CM/ECF |

A Motion for Leave to File Electronic Documents CM/ECF was filed on February 8, 2008.

Dated this February 8, 2008

*(signature)*

14924 Conchos Dr.
Poway, CA 92064
858-486-6469
Guy W. Parker

[Summary of pleading] - 1