UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY W. PARKER, ) | Civil No. 08cv212 L(WMc) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION FOR** |
| ) | **LEAVE TO FILE DOCUMENTS** |
| v. ) | **ELECTRONICALLY [doc. #4]** |
| ) | |
| BETTY W. CLINGERMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff Guy W. Parker, appearing *pro se*, seeks to file his documents electronically as provided for in the United States District Court for the District of Southern California's Electronic Case Filing Administrative Policies and Procedures Manual ("ECF"). In support of his request[1], plaintiff indicates that he has the computer capability to properly file documents within the Court's system and will abide by all the rules and policies in the ECF. Based on the foregoing, plaintiff's motion is **GRANTED**. Plaintiff is advised, however, to thoroughly review the ECF for correct filing procedures. Plaintiff must comply with the ECF Policies and Procedures, the Civil Local Rules, and the Federal Rules of Civil Procedure notwithstanding his *pro se* status. Failure to comply with the Rules of Court may result in the document(s) being

---

[1] Plaintiff's request should have been entitled and filed as an "*ex parte* motion" rather than as a motion. ECF §2(i). A hearing date must be obtained from Chambers prior to the filing of any motion. *See* Civil Local Rule 7.1.b. and 7.1.e; ECF § 2(g).

stricken from the record.

**IT IS SO ORDERED.**

DATED: February 12, 2008

                         */s/ M. James Lorenz*
                         M. James Lorenz
                         United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL