

**Parker**　　　　　　　　　　　　　　　　　　　　　　　　　　**08cv212-L (WMC)**

**-v-**

**Clingerman**

# STRICKEN DOCUMENT

**8-Notice of Adjudicative Facts**

**8**