Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469
Guy_Parker@Parker-International.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Betty W. Clingerman,<br><br>　　　　Defendant | Case No.: 08-CV-0212<br><br>Notice of Proof of Service Complaint and Summons 08-CV-0212. |

Notice of "Proof of Service Complaint and Summons 08-CV-0212" is provided. Service of Complaint and Summons 08-CV-0212 was accomplished on February 14, 2008 by: CERTIFIED LEGAL SERVICE, LLC 333 DIANA DRIVE DAYTON, OH. 45449 (937) 859-4775 1-800-601-2716 FAX 1-800-507-0956 NAPPS, FAPPS, NJPPSA, NYSPPA, TPSA, USPSA, IPSA, FOP (Dayton PD), Vietnam Veterans of America.

Dated this February 20, 2008

/s Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

08CV0212

[Notice of Proof of Service Complaint and Summons] - 1 of 1