Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469
Guy_Parker@Parker-International.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Guy W. Parker,<br><br>       Plaintiff,<br><br>  vs.<br><br>Betty W. Clingerman,<br><br>       Defendant | Case No.: 08-CV-0212<br><br>Proof of Service Complaint and Summons 08-CV-0212. |

Service of Complaint and Summons 08-CV-0212 was accomplished on February 14, 2008 by CERTIFIED LEGAL SERVICE, LLC 333 DIANA DRIVE DAYTON, OH. 45449 (937) 859-4775 1-800-601-2716 FAX 1-800-507-0956 NAPPS, FAPPS, NJPPSA, NYSPPA, TPSA, USPSA, IPSA, FOP(Dayton PD), Vietnam Veterans of America.

The following documents are provided:

1) Summons in a Civil Action '08 CV 0212 L WMc dated February 4, 2008
2) Return of Service Summons in a Civil Action personally served upon the defendant February 14, 2008 by William Howard Certified Legal Service, LLC
3) Certificate of Service by William Howard Certified Legal Service, LLC
4) Return of Service FedEx Tracking to Plaintiff for this filing.

08CV0212

[Proof of Service Complaint and Summons] - 1 of 6

Item 1

Summons in a Civil Action '08 CV 0212 L WMc dated February 4, 2008

Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Guy W. Parker

vs

Betty W. Clingerman

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0212 L WMc

TO: (Name and Address of Defendant)

Betty W. Clingerman
677 AESG/TQ
2300 D Street, Bldg 32
Wright-Paterson AFB OH 45433-7249
Phone: (937) 255-2679

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Guy W. Parker
14924 Con Chos Dr
Poway, CA 92064

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

P. DelaCruz
By                Deputy Clerk

FEB - 4 2008
DATE

Summons in a Civil Action

Page 1 of 2

08CV0212

Item 2

Return of Service Summons in a Civil Action February 14, 2008

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE: February 14, 2008 |
| NAME OF SERVER: William Howard | TITLE: Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 105 Springwood Dr. Springboro, OH. 45066

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|
| | | | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: February 14, 2008    Signature of Server: /s/ William Howard

Address of Server: 333 Diana Dr. Dayton, OH. 45449

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

ii

Item 3

Certificate of Service by William Howard Certified Legal Service, LLC

I certify that I

[X] personally served two copies on Date FEBRUARY 14, 2008

[ ] Left two copies thereof at the defendant's dwelling, house, or usual abode with a person of suitable age and discretion then residing therein: Name of person with whom the summons and complaint were left:

_____

**Pure Bill for Equitable Discovery of Contract Officer of Record For Contract FA8621-04-D-6250**

To

Defendant    Clingerman, Betty W.
             105 SPRINGWOOD DR
             SPRINGBORO, OH 45066-3310
             WARREN COUNTY
             OH 02/1980 12/2007
             (937)748-0012

FEBRUARY 14, 2008    _William Howard_
Date                 Signature of Server

Name of Server:   William Howard
Certified Legal Service
333 Diana Dr. Dayton 45449
PH: 937-859-4775

3-2

Item 4

Return of Service FedEx Tracking to Plaintiff for this Filing

**Main Identity**                                                      2/20/2008      Page 1 of 1

```
From:      <TrackingUpdates@fedex.com>
To:        <guy_parker@parker-international.com>
Sent:      Wednesday, February 20, 2008 12:31 PM
Subject:   XBKSPF FedEx Shipment 863501961540 Delivered
```

This tracking update has been requested by:

Name:                         Guy W. Parker
E-mail:                       guy_parker@parker-international.com
Message:                      Certified Legal Services
                              Compliant and Summons
                              Betty W. Clingerman

Our records indicate that the following shipment has been delivered:

Reference:                    PD CASH 29 98
Ship (P/U) date:              Feb 19, 2008
Delivery date:                Feb 20, 2008 12:28 PM
Sign for by:                  Signature Release on file
Delivered to:                 Residence
Service type:                 FedEx Standard Overnight
Packaging type:               FedEx Envelope
Number of pieces:             1
Special handling/Services:    Residential Delivery
                              Deliver Weekday

Tracking number:              863501961540

Shipper Information           Recipient Information
DAY                           US
US

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:31 PM CST on 02/20/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1 | Items 1, 2, 3, 4 are provided herein. The Compliant and Summons filed on
2 | February 4, 2008 has been served upon Betty W. Clingerman at her place of
3 | abode by William Howard Certified Legal Service, LLC on February 14, 2008.

Dated this February 20, 2008

/s Guy W. Parker

14924 Conchos Dr.
Poway, CA 92064
858-486-6469