Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469
Guy_Parker@Parker-International.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker,<br><br>      Plaintiff,<br><br>vs.<br><br>Betty W. Clingerman,<br><br>      Defendant | Case No.: 08-CV-0212<br><br>Declaration Proof of Service Complaint and Summons 08-CV-0212. |

    I declare that all statements I made in this Proof of Service Complaint and Summons 08-CV-0212 filed on February 20, 2008 are true, accurate, and correct to the best of my knowledge.

                              Dated this February 20, 2008

                              /s Guy W. Parker
                              14924 Conchos Dr.
                              Poway, CA 92064
                              858-486-6469

08CV0212

[Declaration - Proof of Service Complaint and Summons] - 1 of 1