

**Parker**  08cv212-L (WMC)

-v-

**Clingerman**

# STRICKEN DOCUMENT

**10-Notice of Appearance**

**10**