

**Parker** 08cv212-L (WMC)

**-v-**

**Clingerman**

# STRICKEN DOCUMENT

**11-Notice of Early Neutral Evaluation Report 2**

**11**