KAREN P. HEWITT
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
State of California Bar No. 221177
 Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-5682

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUY W. PARKER | ) | Case No. 08cv0212L (WMc) |
| Plaintiffs, | ) ) ) | **DECLARATION OF MARY WIGGINS** |
| v. | ) ) | |
| BETTY W. CLINGERMAN, | ) ) | |
| Defendant. | ) ) | |
| | ) ) | |

I, Mary C. Wiggins, hereby state and declare:

1.     I am employed as the Civil Process clerk for the Civil Division of the Office of the United States Attorney for the Southern District of California.  I have been so employed since March, 1990.  I am the only civil docket clerk for this Office.

2.     As the civil docket clerk, I am authorized to accept service of process on behalf of the United States Attorney for matters within the cognizance of the Civil Division.

3.     All summonses and complaints which are personally served on the Civil Division of this Office, or are received by mail, or otherwise left with this Office, come directly to me for docketing.  All incoming mail for the Civil Division is routed to me for necessary receipt processing, docketing (if necessary) and distribution.

4.     On March 5, 2008, I made a thorough, careful and diligent search of the records, suits, complaints, and documents under my care, custody, and control.  My diligent search, as just described, indicates that the United States Attorney's Office for the Southern District of California, San Diego, California, has not been served with a summons and complaint in the above-entitled matter.

I declare under penalty of perjury that the foregoing is true and correct, and, if called to testify, would be able to do so as to the information set forth above.

Executed this _5th_ day of March, 2008, at San Diego, California.


MARY C. WIGGINS