1  KAREN P. HEWITT
   United States Attorney
2  STEVE B. CHU
   Assistant U.S. Attorney
3  California Bar No. 221177
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-5682

6  Attorneys for Bettie Clingerman
   as sued in her official capacity as a federal employee
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10 GUY W. PARKER,                    )   Civil Case No. 08cv00212 L (WMC)
                                     )
11             Plaintiff,            )   CERTIFICATE OF SERVICE BY
                                     )   ELECTRONIC COURT FILING ("ECF")
12        v.                         )
                                     )
13 BETTY W. CLINGERMAN,              )
                                     )
14                                   )
               Defendant.            )
15                                   )
                                     )
16 _____   )

17 IT IS HEREBY CERTIFIED that:

18      I, Steve B. Chu, am a citizen of the United States over the age of eighteen years and a resident

19 of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am

20 not a party to the above-entitled action.

21      On **March 5, 2008,** I am causing service of the following (accompanying) document:

22              **NOTICE OF FAILURE TO SERVE DEFENDANT**

23 on Plaintiff, by electronically filing the foregoing document with the Clerk of the District Court using

24 its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System

25 results in electronic notification to said party of said filing.

26      I declare under penalty of perjury that the foregoing is true and correct.

27      Executed on this Day of  March 5, 2008

28                                   ____s/ Steve B. Chu_____
                                        STEVE B. CHU