

**FILED**

**2/15/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Parker**                                                                 **08cv212-L (WMC)**

**-v-**

**Clingerman**

# STRICKEN DOCUMENT

**14-Early Neutral Evaluation Report3**

**14**