Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker,<br><br>    Plaintiff,<br><br>    vs.<br><br>Betty W. Clingerman,<br><br>    Defendant | Case No.: 3:08-cv-00212-L-WMC<br><br>Pure Bill of Equitable Discovery<br> Affidavit 1 in Support of Default |

1. This is a Notice of <u>Affidavit 1 in Support of Default</u> prescribed in Federal Rules Civil Procedure Rule 55(a). The following documents are provided herein:

Notarized <u>Affidavit in Support of Default</u> of Alan C. Gaudette 03/10/2008

Contract FA862104D6250 ADR Moderator and Expert Witness

Notice of Appearance Docket Document 10 Filed 02/21/2008

Dated this March 11, 2008

/s <u>Guy W. Parker</u>
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

08CV0212

[Notice - Affidavit 1 in Support of Default] - 1 of 1