Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>Betty W. Clingerman,<br><br>　　　Defendant | Case No.: 3:08-cv-00212-L-WMC<br><br>Pure Bill of Equitable Discovery<br>Affidavit 1 in Support of Default |

1. Complaint USDC-SDCA 3:08-CV-0212 Pure Bill of Equitable Discovery is a request for documents required to be made readily available (due process) on demand to the public and government agencies by Public Law 95-563 and Federal Acquisition Regulation 1.602-1. The documents will determine if Betty W. Clingerman has Individual Capacity or Official Capacity as the Public Law 95-563 (amended) Contracting Officer in Contract FA862104D6250, or, in the alternative, if Betty W. Clingerman was/is operating outside of written delegated contract authority in Personal Capacity in Contract FA862104D6250.

Dated this March 11, 2008
/s Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

08CV0212

[Summary - Affidavit 1 in Support of Default] - 1 of 1