Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker,<br><br>    Plaintiff,<br><br>vs.<br><br>Betty W. Clingerman,<br><br>    Defendant | Case No.: 3:08-cv-00212-L-WMC<br><br>Pure Bill of Equitable Discovery<br>Affidavit 1 in Support of Default |

1) Complaint USDC-SDCA 3:08-CV-0212 Pure Bill of Equitable Discovery is a request for documents required to be made readily available (due process) on demand to the public and government agencies by Public Law 95-563 and Federal Acquisition Regulation 1.602-1.

2) The required documents determine if Betty W. Clingerman has Individual Capacity or Official Capacity as the Public Law 95-563 (amended) Contracting Officer in Contract FA862104D6250, or, in the alternative, if Betty W. Clingerman was/is operating outside of written delegated contract authority in Personal Capacity in Contract FA862104D6250.

08CV0212

[Declaration - Affidavit 1 in Support of Default] - 1 of 4

3) Embedded in Complaint 08-CV-0212 is Exhibit 11 Demand Letter for the production of the FAR documentation by Feb 22, 2008. Proof of Service to Betty W. Clingerman of the Exhibit 11 Demand Letter was accomplished in personal, possible individual, and possible official capacity in two parts: 1) At her agency place of employment USPS Express Mail Receipt POS EB986110345US Feb 6, 2008; and 2) Personal Service at her place of residence (abode) by Certified Legal Services Ohio on February 14, 2008 (3:08-CV-0212 Docket Entry 9).

4) Embedded in Complaint 08-CV-0212 is Exhibit 11 Demand Letter for the production of the required Public Law 95-563 and FAR 1.602 documentation by February 22, 2008. Proof of Service to June M. Taylor of the Exhibit 11 Demand Letter was accomplished in possible individual capacity and possible official capacity at her agency place of employment USPS Express Mail Receipt POS EB986110331US on February 6, 2008.

5) Betty W. Clingerman has provided no response as required on Feb 22, 2008 (2008) to USDC-SDCA 3:08-CV-0212 Complaint Exhibit 11 FAR 1.602 Requests as required to be made available on demand to the public and government agencies. Betty W. Clingerman has no mutually signed Individual Capacity or Official Capacity in Contract FA862104D6250. Betty W. Clingerman is not the Public Law 95-563 SF26 Contracting Officer of Record.

6) June M. Taylor, supervisor of Betty W. Clingerman, has provided no response as required on Feb 22, 2008 (2008) to USDC-SDCA 3:08-CV-0212 Complaint Exhibit 11 FAR 1.602 Requests as required to be made readily available on demand to the public and government agencies.

**In Reference to Case 3:08-CV-0212, as of March 11, 2008:**

1) Complaint and Summons was personally served on Betty W. Clingerman;
2) Proof of Service by William Howard Certified Legal Service was perfected.
3) There was no answer from Betty W. Clingerman, required by March 5, 2008;
4) There was no responsive pleading from Betty W. Clingerman;
5) There is no third party Notice of Entry into 3:08-CV-0212;
6) There is no Notice of Appearance of an attorney for Betty W. Clingerman;
7) There is no Attorney of Record for Betty W. Clingerman;
8) There is no responsive pleading by an Attorney of Record;
9) The Pure Bill of Equitable Discovery was limited to production of documents;
10) The requested documents are required to be readily available on demand;
11) The documents are to be produced to the public and government agency;
12) A suit in a court of law is not a requirement for the documents to be produced.

**In Reference to Complaint Exhibit 11 3:08-CV-0212, as of March 11, 2008:**

1) Exhibit 11 is a letter request for the documents required by FAR 1.602.
2) Exhibit 11 requires the documents by provided by February 22, 2008.
3) Exhibit 11 was served on Betty W. Clingerman in personal capacity;
4) Exhibit 11 was served on Betty W. Clingerman in possible individual capacity;
5) Exhibit 11 was served on Betty W. Clingerman in possible official capacity;
6) Exhibit 11 was served on June M. Taylor in possible official capacity;
7) No answer to Exhibit 11 was received from Betty W. Clingerman;
8) No answer to Exhibit 11 was received from June M. Taylor;
9) The Pure Bill of Equitable Discovery was limited to production of documents;
10) The requested documents are required to be readily available on demand;
11) The documents are to be produced to the public and government agencies;
12) A suit in a court of law is not a requirement for the documents to be produced.

13) This Pure Bill of Equitable Discovery is for the limited production of the required Public Law 95-563 and FAR 1.602 documentation required to be readily available and produced to the public and government agency on demand. A suit in a court of law is not a requirement for the documents.

14) Apparent Individual Capacity or Apparent Official Capacity exists in commercial contracting. No Apparent Individual Capacity or Apparent Official Capacity exists in government public contract law federal acquisition procurements. In government public contract law federal acquisition procurements Individual Capacity and Official Capacity is required to be explicitly stated through explicit written delegated authority in documents required to be readily available and produced to the public and government agency on demand and are explicit for each specific federal acquisition procurement contract. A mutually signed SF26 Contract FA862104D6250 document between Guy W. Parker and Betty W. Clingerman does not exist. Betty W. Clingerman is not the SF26 Contracting Officer of Record for Public Law 95-564 (amended). Betty W. Clingerman has no legal status in Individual Capacity or Official Capacity in Contract FA862104D625.

15) I declare that all statements I made and the statements of Alan C. Gaudette Affidavit dated and notarized on 03/10/2008 in this <u>Affidavit 1 in Support of Default</u> filed on March 11, 2008 are true, accurate, and correct to the best of my knowledge. There is a one page document following this signature block, <u>Complaint Exhibit 11</u>.

Dated this March 11, 2008
/s <u>Guy W. Parker</u>
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

08CV0212

# Exhibit 11

# Demand Letter for Production of Required Documents



Parker International
14924 Conchos Dr.
Poway, CA  92064
858-486-6469

To:                                                                                           February 4, 2008

**Clingerman, Betty W.**
677 AESG/TQ
2300 D Street, Bldg 32
Wright-Paterson AFB OH 45433-7249
Organization: 677 AESG/TQ
Phone: (937) 255-2679
Email: Betty.Clingerman@wpafb.af.mil

**June Taylor**
677 AESG/TQ
2300 D Street, Bldg 32
Wright-Paterson AFB OH 45433-7249
Organization: 677 AESG/TQ
Phone: (937) 255-2679
Email: June.Taylor@wpafb.af.mil

A demand request is made to provide the following documents **on or before February 22, 2008** to verify if Betty W. Clingerman is the recorded Contract Officer of Record Standard Form 26 for the purposes of Public Law 95-563 (amended) (Contract Disputes Act of 1978):

| | |
|---|---|
| 1 | Betty W. Clingerman's Contract Officer Warrant prior to 2006 |
| 2 | Betty W. Clingerman's Contract Officer Authority after 2006 |
| 3 | The termination of contract authority of Michael L. Grove |
| 4 | Michael L. Grove's Contract Officer Warrant prior to 2006 |
| 5 | Michael L. Grove's Contract Officer Authority after 2006 |
| 6 | **A Standard Form 26 signed by this contractor and Clingerman** |

Should you be unable to provide the documents **on or before February 22, 2008** the court shall consider the documents do not exist.

Guy W. Parker     /s_*Guy W. Parker*_
14924 Conchos Dr.
Poway, California, 92064, 858-486-6469