Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker,<br><br>    Plaintiff,<br><br>vs.<br><br>Betty W. Clingerman,<br><br>    Defendant | Case No.: 3:08-cv-00212-L-WMC<br><br>Pure Bill of Equitable Discovery<br>Affidavit 2 in Support of Default |

1. Complaint 3:08-cv-00212-L-WMC Pure Bill of Equitable Discovery is a request for documents required to be made readily available (due process) on demand to the public and government agencies by Public Law 95-563 and Federal Acquisition Regulation 1.602-1. Assistant Attorney General (Acting Attorney General Peter D. Keisler), through delegated authority, provides the documents included herein with his name affixed on the cover of the documents of February 9, 2007.

Dated this March 12, 2008
/s Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

08CV0212

[Summary - Affidavit 2 in Support of Default] - 1 of 1