Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker, | Case No.: 3:08-cv-00212-L-WMC |
| Plaintiff, | Pure Bill of Equitable Discovery Affidavit 2 in Support of Default |
| vs. | |
| Betty W. Clingerman, | |
| Defendant | |

1. Betty W. Clingerman and her agency attorney's have asserted the existence of a Badge and a Warrant but have not allowed this contractor due process to inspect the Badge and review the Warrant to establish appropriateness and authenticity as required by Public Law 95-563 (amended) and Federal Acquisition Regulations 1.602-1.

2. In accordance with Public Law 95-563 and FAR 1.602-1 the contractor is required to 1) Ask the person for identification; 2) Ask for a copy or ask to see their warrant. These procedures apply to all government procurement agencies local, state and federal. A Pure Bill of Equitable Discovery suit in a court of law to see their identification and their warrant is rare. A self-declaration does not fulfill FAR 1.602-1. (*US v. Taylor*, 236 F.2d 649 (Fed. Cir. 1956)

1  3. Betty W. Clingerman has not evidenced SF26 Individual Capacity or Official Capacity in Contract FA862104D6250. At this time, Contract FA862104D6250 has no SF26 government Contracting Officer of Record as require by Public Law 95-563 (amended) and FAR. Michael L. Grove, the recorded SF26 Contracting Officer of Record for Contract FA862104D6250 has stated in stenographic recording June 2007 in an ADR Moderated Program Management Meeting with Alan C. Gaudette as ADR Moderator that he, Michael L. Grove, has never provided Betty W. Clingerman written delegate contracting authority for Contract FA862104D6250. The critical document required to establish if Betty W. Clingerman has Individual Capacity or Official Capacity as the Public Law 95-563 (amended) Contracting Officer in Contract FA862104D6250 is a Standard Form 26 (SF26) Prescribed by GSA - FAR (48 CFR) 53.214(a) mutually signed between Guy W. Parker and Betty W. Clingerman. A mutually signed SF26 document between Guy W. Parker and Betty W. Clingerman does not exist. Betty W. Clingerman does not have Individual Capacity or Official Capacity in Contract FA862104D6250 without a mutually signed SF26 or written delegated authority from the government contracting officer whose name appears typed and signed on the SF26.

4. The following <u>Affidavit in Support of Default</u>, Peter D. Keisler, dated and signed on 02/9/2007, through delegate authority is provided in the following three pages after this signature block in the format of a United States Department of Justice Appendix. The Declaration of Betty W. Clingerman appears as a false statement with acts of omissions. The Pub. L. 95-563 FAR 1.6 Contracting Officer cannot be "assigned", a mutual signature is required.

                                                      Dated this March 12, 2008
                                                     /s <u>Guy W. Parker</u>
                                                     14924 Conchos Dr.
                                                     Poway, CA 92064
                                                     858-486-6469

                                                                      08CV0212

Nos. 06-701C & 06-715C
(Judge Braden)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Guy W. Parker,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

APPENDIX IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT

|  |  |
|---|---|
|  | PETER D. KEISLER<br>Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Acting Director |
|  | BRIAN M. SIMKIN<br>Assistant Director |
| OF COUNSEL: | TARA J. KILFOYLE<br>Trial Attorney<br>Commercial Litigation Branch |
| MAJOR KEVIN WILKINSON<br>United States Air Force<br>Trial Attorney<br>1501 Wilson Blvd.<br>Arlington, VA 22209 | Civil Division<br>Department of Justice<br>Attn: Classification Unit<br>8th Floor<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>Tele: (202) 305-1709<br>Fax: (202) 307-0972 |
| February 9, 2007 | Attorneys for Defendant |

## DECLARATION OF BETTY W. CLINGERMAN

1. I, Betty W. Clingerman, do hereby declare that I am currently employed by the Aeronautical Systems Center (ASC), 677th Aeronautical Systems Group (AESG) and assigned as the Contracting Officer (CO) for the contract with Parker International (PI), Contract FA8621-04-6250.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the Twenty-fifth day of January, 2007, at Wright-Patterson Air Force Base, Ohio.

*[signature]*

BETTY W. CLINGERMAN
Contracting Officer

**117**

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 9th day of February 2007, I caused to be served by United States mail (first class, postage prepaid) a copy of "APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" addressed as follows:

Guy W. Parker
14924 Conchos Drive Parkway
Poway, CA 92064

*[signature]*