Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker,<br><br>    Plaintiff,<br><br>vs.<br><br>Betty W. Clingerman,<br><br>    Defendant | Case No.: 3:08-cv-00212-L-WMC<br><br>Pure Bill of Equitable Discovery<br>Affidavit 2 in Support of Default |

This Certificate of Service to Betty W. Clingerman, June M. Taylor, and Lt. Gen John L. Hudson is provided with this <u>Affidavit 2 in Support of Default</u>.

Dated this March 12, 2008

/s <u>Guy W. Parker</u>
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

*Guy W. Parker* (signature)

08CV0212

[Certificate of Service - Affidavit 1 in Support of Default] - 1 of 4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**Certificate of Service**

I certify that I mailed on March 12, 2008

"Affidavit 2 in Support of Default March 12, 2008"

To

**Defendant: Clingerman, Betty W.**

Possible AKA" Rhinehart, Carletta S. [TransUnion]
Possible Matching TransUnion SSN: 282-44-XXXX (XXXX Explicitly Omitted)

**Verified Address of Employment**
677 AESG/TQ
2300 D Street, Bldg 32
Wright-Paterson AFB OH 45433-7249
Phone (937) 255-2679
Email Betty.Clingerman@wpafb.af.mil

**Last Known Residence**
105 Springwood Dr.
Springboro, OH 45066
County: Warren
Phone (937) 748-0012

March 12, 2008          /s Guy W. Parker     *Guy W. Parker*

Guy W. Parker
14924 Conchos Dr.
Poway, California 92064.
858-486-6469
Guy_Parker@Parker-International.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**Certificate of Service**

I certify that I mailed on March 12, 2008

"Affidavit 2 in Support of Default March 12, 2008"

To

**Supervisor:** Ms. June M. Taylor

Director, 677 Aeronautical Systems Group

677 AESG/CL
2300 D Street, Bldg 32
Wright-Paterson AFB OH 45433-7249
Phone (937) 255-3835
Email **June.Taylor@wpafb.af.mil**

March 12, 2008            /s Guy W. Parker          *Guy W. Parker* (signature)

Guy W. Parker
14924 Conchos Dr.
Poway, California 92064.
858-486-6469
Guy_Parker@Parker-International.com

08CV0212

[Certificate of Service - Affidavit 1 in Support of Default] - 3 of 4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

### Certificate of Service

I certify that I mailed on March 12, 2008

"Affidavit 2 in Support of Default March 12, 2008"

To

**Commander:** Lt. Gen John L. Hudson

**Commander, Aeronautical Systems Center**

ASC/CV
1865 4th Street
Wright-Patterson Air Force Base, Ohio
45433-7126


March 12, 2008             /s <u>Guy W. Parker</u>

Guy W. Parker
14924 Conchos Dr.
Poway, California 92064.
858-486-6469
Guy_Parker@Parker-International.com

08CV0212

[Certificate of Service - Affidavit 1 in Support of Default] - 4 of 4