Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

2008 MAR 24  PM 3: 02

KNH

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Guy W. Parker,

    Plaintiff,

    vs.

Betty W. Clingerman,

    Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:08-cv-00212-L-WMC

Pure Bill of Equitable Discovery
48 C.F.R 1.602-1 Request for Documents
Response to Apparent Show Cause Order D18

Document 1 of 5
Notice of
Response to Apparent Show Cause Order D18

1. This is a Notice of <u>Response to Apparent Show Cause Order D18</u>. This action is a limited 28 U.S.C. §1332 Diversity Jurisdiction 48 C.F.R 1.602-1 Request for Documents. This federal law and regulation requires the documents be provided to the public and agencies on demand. This federal law and regulation protects the government from unauthorized commitments made by federal employees performing outside of individual or official capacity. The documents determine if a federal employee's actions are in personal, possible individual, or possible official capacity. This federal law does not require the requestor to first conclude individual or official capacity before making the request. Refusal to respond is a violation of federal laws and regulations.

Dated this March 24, 2008
/s <u>Guy W. Parker</u>
DOD DSS OPM FSO #08UX5
14924 Conchos Dr.
Poway, CA 92064 858-486-6469

08cv0212