

Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker, | Case No.: 3:08-cv-00212-L-WMC |
| Plaintiff, | Pure Bill of Equitable Discovery |
| vs. | 48 C.F.R 1.602-1 Request for Documents |
| Betty W. Clingerman, | Response to Apparent Show Cause Order D18 |
| Defendant | **Document 4 of 5** <br> **Declaration** |

1. This set of documents is composed of:

   a. Document 1: Notice of Response to Apparent Show Cause Order D18

   b. Document 2: Response to Apparent Show Cause Order D18

   c. Document 3: Memorandum of Points of Authorities

   d. Document 4: Declaration of Response to Apparent to Show Cause Order D18

   e. Document 5: Proof of Service Certificate of Service

In-camera views of paper documents are presented in place within the body of the document where practicable. There is no Exhibits Section for this set of documents that requires a special table of contents listing exhibits. The double line Font is Supreme Court of the United States specified New Century School Book size 12. The single line Font is United States Distinct Court Southern District of California Times New Roman size 12. The Supreme Court font appears larger.

2. I certify that this set of documents Pure Bill of Equitable Discovery 48 C.F.R 1.602-1 Request for Documents Response to Apparent Show Cause Order is constructed in the manner prescribed by Civil Rule 5.1 "Form; Paper; Legibility; Nature of Documents to be Filed" for filing this set of documents in the United States District Court Southern District San Diego:

a. Legibility. Each document filed, including exhibits where practicable, shall be in English, shall be flat and unfolded, without backing sheet, shall be plainly written, typed in double space on one side of the paper or printed or prepared by means of a duplicating process, on opaque, unglazed white paper, line numbered in the left margin, letter size. Quotations in excess of three lines shall be indented and single spaced. Typewritten text shall be no less than 10-point type in the Courier font or equivalent, spaced 10 characters per horizontal inch. Printed text, produced on a word processor or other computer, may be proportionally spaced, provided the type shall not be smaller than 12-point standard font (e.g. Times New Roman). The text of footnotes and quotations shall also conform to these font requirements. b. Original; copies. The original of a document shall be labeled as the original. All copies are to be clearly identified as such. The case number shall appear in the lower right corner of each page, although not required on the title page or on the complaint, petition or other document which opens the case. The typed number shall be inserted below line 28 in the following format: year, case type, four-digit case number with leading zeros if necessary (96cv0010). Case types are as follows: civil = cv, criminal = cr, magistrate judge = mg, miscellaneous = mc. The clerk's office can provide a macro in WordPerfect format upon request.

3. I would like to thank United States District Court Southern District California CM/ECF Training court clerks for their classes on CM/ECF electronic filing. Their help in forming the format for ENE Report 1, ENE Report 2, and ENE Report 3 was greatly appreciated. Review of appropriateness of filing documents before Early Neutral Evaluation as required background information is supported in the local rules of the court. There was some initial trouble merging the Supreme Court of the Unites States required Font with the 28-line format. I declare that all statements I made in this "<u>Pure Bill of Equitable Discovery 48 C.F.R 1.602-1 Request for Documents Response to Apparent Show Cause Order</u>" are true, accurate, and correct to the best of my knowledge.

Dated this March 24, 2008
/s <u>Guy W. Parker</u>
14924 Conchos Dr.
Poway, CA 92064
858-486-6469