Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

FILED
MAR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guy W. Parker,<br><br>    Plaintiff,<br><br>vs.<br><br>Betty W. Clingerman,<br><br>    Defendant | Case No.: 3:08-cv-00212-L-WMC<br><br>Pure Bill of Equitable Discovery<br>48 C.F.R 1.602-1 Request for Documents<br>Response to Apparent Show Cause Order D18<br><br>**Document 5of 5**<br>**Proof of Service** |

1. This Certificate of Service to Betty W. Clingerman, June M. Taylor, and Lt. Gen John L. Hudson is provided with this "Pure Bill of Equitable Discovery 48 C.F.R 1.602-1 Request for Documents Response to Apparent Show Cause Order D18".

Dated this March 24, 2008
/s Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064
858-486-6469

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**Certificate of Service**

I certify that I mailed on March 24, 2008

"Pure Bill of Equitable Discovery 48 C.F.R 1.602-1 Request for Documents Response to Apparent Show Cause Order D18"

To

**Defendant: Clingerman, Betty W.**

Possible AKA" Rhinehart, Carletta S. [TransUnion]
Possible Matching TransUnion SSN: 282-44-XXXX (XXXX Explicitly Omitted)

**Verified Address of Employment**
677 AESG/TQ
2300 D Street, Bldg 32
Wright-Patterson AFB OH 45433-7249
Phone (937) 255-2679
Email Betty.Clingerman@wpafb.af.mil

**Last Known Residence**
105 Springwood Dr.
Springboro, OH 45066
County: Warren
Phone (937) 748-0012

March 24, 2008           /s Guy W. Parker

Guy W. Parker
14924 Conchos Dr.
Poway, California 92064.
858-486-6469
Guy_Parker@Parker-International.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**Certificate of Service**

I certify that I mailed on March 24, 2008

"Pure Bill of Equitable Discovery 48 C.F.R 1.602-1 Request for Documents Response to Apparent Show Cause Order D18"

To

**Supervisor:** Ms. June M. Taylor

Director, 677 Aeronautical Systems Group

677 AESG/CL
2300 D Street, Bldg 32
Wright-Patterson AFB OH 45433-7249
Phone (937) 255-3835
Email **June.Taylor@wpafb.af.mil**

March 24, 2008          /s Guy W. Parker

Guy W. Parker
14924 Conchos Dr.
Poway, California 92064.
858-486-6469
Guy_Parker@Parker-International.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**Certificate of Service**

I certify that I mailed on March 24, 2008

"Pure Bill of Equitable Discovery 48 C.F.R 1.602-1 Request for Documents Memorandum of Diversity Jurisdiction"

To

**Commander:** Lt. Gen John L. Hudson

**Commander, Aeronautical Systems Center**

ASC/CV
1865 4th Street
Wright-Patterson Air Force Base, Ohio
45433-7126

March 24, 2008          /s Guy W. Parker

Guy W. Parker
14924 Conchos Dr.
Poway, California 92064.
858-486-6469
Guy_Parker@Parker-International.com