KAREN P. HEWITT
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
California Bar No. 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-5682

Attorneys for all Federal Defendants,
and Betty Clingerman as sued in her
official capacity as a Federal Employee

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY W. PARKER, | Civil Case No. 08cv00212 L (WMC) |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| BETTY W. CLINGERMAN, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel in the above-captioned case.

I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4) are associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Telephone No. | Email Address |
|---|---|---|
| Steve B. Chu | (619) 557-5682 | steve.chu@usdoj.gov |

1

2          Please call me if you have any questions about this notice.

3

4          DATED: July 31, 2008                    Respectfully submitted,
                                                    KAREN P. HEWITT
5                                                   United States Attorney

6
                                                    s/Steve B. Chu
7
                                                    STEVE B. CHU
8
                                                    Assistant U.S. Attorney
9                                                   E-Mail: Steve.Chu@usdoj.gov

10                                                  Counsel for all Federal Defendants,
                                                    and Betty Clingerman as sued in her
11                                                  official capacity as a Federal Employee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28