1  KAREN P. HEWITT
   United States Attorney
2  STEVE B. CHU
   Assistant U.S. Attorney
3  California Bar No. 221177
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-5682

6  Attorneys for all Federal Defendants, and
   Bettie Clingerman as sued in her
7  official capacity as a federal employee

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY W. PARKER, | Civil Case No. 08cv00212 L (WMC) |
| Plaintiff, | CERTIFICATE OF SERVICE BY ELECTRONIC COURT FILING ("ECF") |
| v. | |
| BETTY W. CLINGERMAN, | |
| Defendant. | |

IT IS HEREBY CERTIFIED that:

I, Steve B. Chu, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **August 1, 2008,** I am causing service of the following (accompanying) document:

**NOTICE OF APPEARANCE**

on Plaintiff, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System results in electronic notification to said party of said filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this Day of August 1, 2008

                                            s/ Steve B. Chu
                                            STEVE B. CHU